Michael N. Poli, #005461
poli@poliball.com
POLI & BALL, P.L.C.
400 South 4th Street, Suite 500
Las Vegas, Nevada 89101
Tel:   (702) 380-8095
Fax:   (702) 380-3001
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| VEGAS GAME POINT, LLC, a Nevada limited liability company,<br><br>       Plaintiff,<br><br>  vs.<br><br>JPMORGAN CHASE BANK, N.A, d/b/a CHASE BANK, a national association,<br><br>       Defendant. | Case No.: 2:15-CV-02274 |

**STIPULATION FOR DISMISSAL OF NON-UCC CLAIMS AGAINST DEFENDANT JPMORGAN CHASE BANK, N.A. WITHOUT PREJUDICE**

Through their respective counsel, Plaintiff Vegas Game Point, LLC and Defendant JPMorgan Chase Bank, N.A. hereby stipulate and agree that the following claims set forth in the Complaint filed by Plaintiff Vegas Game Point, LLC on or about November 5, 2015 shall be dismissed without prejudice:

- Breach of Contract (First Claim for Relief);
- Tortious Breach of the Implied Covenant of Good Faith and Fair Dealing (Second Claim for Relief);
- Breach of Fiduciary Duty (Third Claim for Relief);
- Negligence (Fourth Claim for Relief);
- Fraud (Fifth Claim for Relief); and
- Preliminary and Permanent Injunction (Sixth Claim for Relief)

(collectively, the "non-UCC Claims").

By way of this Stipulation, the sole claim remaining is Plaintiff's claim alleging Failure to Exercise Ordinary Care as Required under the UCC (the "UCC Claim").[1]

Defendant's counsel certifies that Plaintiff's counsel has reviewed and approved this Stipulation, and that Plaintiff's counsel has authorized Defendant's counsel to sign and file on his behalf.

RESPECTFULLY SUBMITTED this 15th day of January 2016.

NEWMAN LAW, LLC                                POLI & BALL, P.L.C.

By /s/ Richard Newman (*with permission*)      By /s/ Michael N. Poli
   Richard Newman                                 Michael N. Poli
   *Attorney for Vegas Game Point, LLC*           *Attorneys for JPMorgan Chase Bank, N.A.*

**ORDER**

IT IS SO ORDERED:

DATED: February 3, 2016        _____
                                UNITED STATES DISTRICT COURT JUDGE

---

[1] Although the Complaint identifies it as the Ninth Claim for Relief, it is actually the Seventh Claim for Relief.

2

**AFFIRMATION**

**Pursuant to NRS 239B.030**

The undersigned does hereby affirm that the preceding document, filed in this case:

☒  Document does not contain the social security number of any person.

- OR-

☐  Document contains the social security number of a person as required by:

  ☐  A specific state or federal law, to wit:

  _____
  (State specific state or federal law)

  - or -

  ☐  For the administration of a public program.

  - or -

  ☐  For an application for a federal or state grant.

  - or -

  ☐  Confidential Family Court Information Sheet
     (NRS 125.130, NRS 125.230, NRS 125B.255)

DATED this 15th day of January 2016.

POLI & BALL, P.L.C.

By  /s/ Michael N. Poli
    Michael N. Poli
    400 South 4th Street, Suite 500
    Las Vegas, Nevada  89101
    Attorneys for Defendant
    JPMorgan Chase Bank, N.A.

POLI & BALL, P.L.C.
400 SOUTH 4TH STREET, SUITE 500
LAS VEGAS, NEVADA 89101
(702) 380-8095

3

**CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of January, 2016, a true and correct copy of the foregoing was sent to the following, by postage-prepaid mail:

Richard Newman, Esq.
NEWMAN LAW, LLC
365 E. Pilot Rd, Suite C
Las Vegas, Nevada 89119
Attorneys for Plaintiff


By  /s/ Linda Lieber
Employee of Poli & Ball

S:\LKL\Chase\VegasGame\Plead\Stip to Ext DL Answer.doc

POLI & BALL, P.L.C.
400 SOUTH 4TH STREET, SUITE 500
LAS VEGAS, NEVADA 89101
(702) 380-8095